UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA NIKOLAS BORIS,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC; 1ST FRANKLIN FINANCIAL CORPORATION; and JAMES A. WALTERS MANAGEMENT COMPANY,

    Defendants.

CASE NO. 1:24-cv-04223-JPB-RDC

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO JAMES A. WALTERS MANAGEMENT COMPANY

COMES NOW Plaintiff, JOSHUA NIKOLAS BORIS and Defendant, JAMES A. WALTERS MANAGEMENT COMPANY, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant JAMES A. WALTERS MANAGEMENT COMPANY in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 23rd day of June, 2025.

1

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ M. Tyler Smith** |
| Octavio "Tav" Gomez | M. Tyler Smith |
| Florida Bar No.: 0338620 | Georgia Bar No. 661685 |
| Georgia Bar No.: 617963 | SMITH, GILLIAM, WILLIAMS & |
| Pennsylvania No.: 325066 | MILES, P.A. |
| The Consumer Lawyers PLLC | P.O. Box 1098 |
| 501 E. Kennedy Blvd., Suite 610 | Gainesville, Georgia 30503-1098 |
| Tampa, FL 33602 | 770-536-3381 |
| Cell: (813) 299-8537 | tsmith@sgwmfirm.com |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | *Attorneys for Defendant James A.* |
| *Attorney for Plaintiff* | *Walters Management Company* |

**/s/ Sarah T. Reise**
Sarah T. Reise
Georgia Bar No. 181567
Troutman Pepper Locke LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3803
Facsimile: (404) 885-3900
Email: sarah.reise@troutman.com

*Attorneys for defendant 1st Franklin Financial Corporation*